STATE OF MAINE                                     SUPERIOR COURT
                                                    CIVIL ACTION
YORK, ss.                                          DOCKET NO.   AP-13-16

                                                    PAF -YOR- 9/24 2013

LINDA PENKUL,

          Plaintiff

v.                                  **PROCEDURAL ORDER**

TOWN OF LEBANON,

          Defendant

Ms. Penkul has filed an appeal from the decision of the Town of Lebanon, which

denied her request for an abatement of her real estate taxes due to hardship or poverty.

See 36 M.R.S.A. §841(2).   The Selectmen denied her request in a brief letter of April 2,

2013.   That decision was upheld by the York County Commissioners at its regular

meeting of May 15, 2013.   This appeal followed.

The appeal in the Superior Court has become more complex than necessary.

The decisions of both the Commissioners and the Town do not adequately explain their

reasoning and are possibly erroneous as a matter of law.   The record for review is

sparse.

          The entry is:

          Remanded to the Lebanon Board of Selectmen for further review in light
          of *Macaro v. Town of Windham,* 468 A.2d 604 (Me. 1983).   A record shall be
          developed which will indicate what Ms. Penkul's income and expenses
          are.

          The decision by the Selectmen following remand shall indicate what the
          decision is and why the decision was made.   If Ms. Penkul is not satisfied
          with the Town's decision she may request further review by the

Commissioners. The Superior Court shall retain jurisdiction in the event that further review is requested.

In the event that the case returns to the Superior Court, the record shall be filed under seal to protect the plaintiff's private financial information.

Should the case return to the Superior Court, the parties shall work together to prepare a record and shall submit a draft order establishing a briefing schedule.

Dated:   September 24, 2013


_____
Paul A. Fritzsche
Justice, Superior Court

2

PLAINTIFF IS PRO SE
LINDA PENKUL
38 NEW BRIDGE ROAD
LEBANON ME  04027

ATTORNEY FOR DEFENDANT:
ALAN E SHEPARD
SHEPARD & READ
93 MAIN STREET
KENNEBUNK ME  04043